**ELECTRONIC RECORD**

COA # 05-13-01138-CR          OFFENSE: 71.02

STYLE: Kenneth Paul Lawrence v. The State of Texas          COUNTY: Collin

COA DISPOSITION:     AFFIRM          TRIAL COURT: 380th Judicial District Court

DATE: 04/02/2015          Publish: NO    TC CASE #:    380-80745-2011

**IN THE COURT OF CRIMINAL APPEALS**     530-15
531-15

STYLE: Kenneth Paul Lawrence v. The State of Texas          CCA #: _____

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ STRUCK _____          JUDGE: _____

DATE: 06/17/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

8/13/2015
**LAWRENCE, KENNETH PAUL**  Tr. Ct. No. 380-80745-2011

COA No. 05-13-01138-CR     PD-0530-15

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *